AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
JUN 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Civil Action No. 19cv0982-LAB-NLS Victor M. Samaniego v. The Bank of New York Mellon, etc., et al.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nabeel M. Zuberi

was received by me on *(date)* 05/29/2019 .

☑ I personally served the summons on the individual at *(place)* McCalla, Raymer, Leibert, Pierce, LLP, 301 E. Ocean Blvd., Suite 1720, Long Beach, CA 90802 on *(date)* 5/31/2019 1:32 pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☑ Other *(specify)*: Served the following concurrently therewith: Complaint with Exhibits 1 - 23, and Civil Case Cover Sheet

My fees are $ ________ for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 05/31/2019

*Server's signature*

Christina L.D. Smith
California Registered Process Server, Los Angeles County #2015225851

*Printed name and title*

SOCAL SUBPOENA SERVICES LLC
344 Coronado Avenue, Long Beach, CA 90814
T: (562) 436-0222

*Server's address*

Additional information regarding ~~attempted~~ service, etc:
* Nabeel M. Zuberi is described as a South Asian male, 5'6", 135 lbs., black hair, dark brown eyes, 31 years of age, no visible scars or tattoos.

AO 441 Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor M. Samaniego<br><br>*Plaintiff*<br><br>**V.**<br><br>See Attached<br><br>*Defendant* | **Civil Action No.** 19cv0982-LAB-NLS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Nabeel M. Zuberi
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor M. Samaniego
1728 Emerald Cliff Point
San Diego, CA. 92154
619-988-7170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/24/19

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

John Morrill
*CLERK OF COURT*

S/ C. Whan
*Signature of Clerk or Deputy Clerk*