# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SAMANIEGO,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, et al.<br><br>　　　　　　　　　Defendants. | CASE NO. 19cv982-LAB (NLS)<br><br>**ORDER OF DISMISSAL** |

On June 10, 2019, the Court ordered Plaintiff Victor Samaniego to show cause why this case shouldn't be dismissed for lack of subject-matter jurisdiction. Dkt. 4. If he was unable to show cause, the Court urged, he should dismiss the case instead of responding. Taking the Court up on its offer, Samaniego now moves to dismiss the case without prejudice "in order to seek legal assistance." Because no Defendant has yet filed an answer, Samaniego may unilaterally dismiss the case without approval from the Court. Fed. R. Civ. P. 41(a)(1)(A). This action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 28, 2019

　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　Chief United States District Judge